**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION**

**GLORIA THOMPSON**                                                               **PLAINTIFF**

**v.**                        **CASE NO.: 3:10-CV-00127 BSM**

**BUTTERBALL LLC**                                                      **DEFENDANT**

**ORDER**

Gloria Thompson requests a protective order to prevent discovery of her Federal Income Tax filings. Because these documents are properly discoverable, her request is DENIED.

Butterball requests reimbursement from Thompson for the attorneys' fees and costs it incurred in responding to Thompson's motion for protective order. In support of this request, it cites Thompson's failure to comply with Local Rule 7.2(g), as well as Federal Rules of Civil Procedure 26(c)(3) and 37(a)(5). In that Rule 37(a)(5) provides that Thompson should be given an opportunity to be heard on this request, she shall have fourteen days from the entry of this order to respond to Butterball's request.

IT IS SO ORDERED THIS 30th day of December, 2010.

                                                             _____
                                                             UNITED STATES DISTRICT JUDGE