**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION**

**GLORIA THOMPSON**                                                                                                    **PLAINTIFF**

v.                                        **CASE NO. 3:10-CV-00127 BSM**

**BUTTERBALL LLC**                                                                                                    **DEFENDANT**

## ORDER

Butterball LLC moves [Doc. No. 19] to compel answers to its first set of interrogatories and first request for production of documents. Counsel for Butterball states that, pursuant to Local Civil Rule 7.2(g), it has conferred with counsel for Thompson in good faith to obtain the required discovery. Butterball also claims that Thompson has still failed to produce Federal Tax Returns as ordered on December 20, 2010. [Doc. No. 18]. It also moves [Doc. No. 19] for sanctions for Thompson's failure to respond to the discovery order and requests the costs associated with bringing this motion.

Thompson responds that the motion is moot because she has responded to Butterball's second set of interrogatories. [Doc. No. 22]. Butterball, however, points out that the responses to its *first* set of interrogatories and request for document production remain incomplete. [Doc. No. 23]. The documents requested include tax records, which were already ordered to be disclosed [Doc. No. 18], documents relating to Thompson's employment subsequent to Butterball, and documents identified in Thompson's initial disclosures. These documents are properly discoverable. The motion to compel [Doc. No. 19] is therefore GRANTED. Thompson is ordered to provide the requested documents and fully respond to

Butterball's interrogatories.

Butterball is directed to submit a formal fee petition setting forth the fees and costs incurred in bringing this motion. [Doc. No. 19]. Pursuant to Rule 37 of the Federal Rules of Civil Procedure, Thompson may respond to the motion for costs and the fee petition within fourteen days of the day in which Butterball submits its fee petition. She is also directed to show cause why she should not be sanctioned pursuant to Rule 37(b) for failing to comply with the December 30, 2010 [Doc. No. 18] .

IT IS SO ORDERED this 9th day of May, 2011.

_____
UNITED STATES DISTRICT JUDGE