## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## JONESBORO DIVISION

**GLORIA THOMPSON**                                                                 **PLAINTIFF**

**v.**                           **CASE NO. 3:10-CV-00127 BSM**

**BUTTERBALL LLC**                                                                  **DEFENDANT**

### ORDER

Defendant Butterball filed petitions [Doc. Nos. 26, 27] pursuant to orders issued directing Butterball to file petitions setting forth their costs incurred in compelling the production of federal tax filings [Doc. No. 24] and in bringing a motion to compel discovery responses [Doc. No. 25]. Butterball also moves for sanctions against Plaintiff Gloria Thompson. [Doc. No. 29].

One petition seeks attorneys' fees and costs in the amount of $2,435 [Doc. No. 26] incurred in compelling the production of tax documents, while the other petition seeks attorneys' fees and costs in the amount of $5,490 [Doc. No. 27] incurred in bringing the motion to compel. Although the fee petitions are properly supported, it is hereby found that the fees requested are unreasonable and that a reasonable fee of $3,500 is ordered.

The motion for sanctions is granted and the relief granted is limited to the awarding of fees as set forth above.

Those petitions and motion for sanctions are GRANTED. Thompson is directed to pay the fees and costs to Butterball in the amount of $3,500.

IT IS SO ORDERED THIS 27th day of September, 2011.

_____
UNITED STATES DISTRICT JUDGE