**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION**

**GLORIA THOMPSON**                                                                                          **PLAINTIFF**

**v.**                                          **CASE NO. 3:10CV00127 BSM**

**BUTTERBALL LLC**                                                                                          **DEFENDANT**

## JUDGMENT

Consistent with the order entered today, this case is dismissed with prejudice, and the relief sought is denied.

Dated this 30th day of March 2012.

_____
UNITED STATES DISTRICT JUDGE