IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

**GLORIA THOMPSON**                                                                           **PLAINTIFF**

v.                              **CASE NO. 3:10CV00127 BSM**

**BUTTERBALL LLC**                                                                             **DEFENDANT**

## ORDER

Defendant Butterball, LLC moves to withdraw [Doc. No. 89] its motion for costs [Doc. No. 84]. For good cause shown, the motion to withdraw [Doc. No. 89] is granted.

IT IS SO ORDERED this 8th day of May 2012.

_____
UNITED STATES DISTRICT JUDGE